# DIVIDEND REPORT

FILED

2010 OCT 25 PM 2:01

Case No: 09-64536-RKK
Case Name: ABEL, JODY LYNN
Trustee Name: Anthony DeGirolamo

Date Printed: 10/22/2010
Check Number: 109
Check Date: 10/22/2010

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 2 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $374.47 | $0.70 |
| 8 | JOHNSON URBAN AND RANGE CO<br>117 S Broadway<br>PO Box 1007<br>New Philadelphia, OH 446635107 | $2,350.00 | $4.28 |
| 9 | RECOVERY MANAGEMENT SYSTEMS CORPOR/<br>For GE Money Bank<br>dba H H GREGG/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $1,921.42 | $3.50 |

Total Check Amount: $8.48

UNITED STATES
BANKRUPTCY COURT

Northern District of Ohio
Canton Division

R1 - 00060826 -- SESHE

October 25, 2010 14:04:51

Code      Case #    Qty      Amount
UF - UNCLAIMED FUNDS
          09-64536   10     $8.48CK
   Debtor - ABEL

TOTAL -        $8.48
TEND -          8.48
CHANGE-         0.00

FROM: ANTHONY J DEGIROLAMO
      COURTYARD CENTRE STE 307
      116 CLEVE AVE NW  330-588-9700
      CANTON OH  44702